JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY MCCOY,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.:  CV 23-04289-DMG(ASx)<br><br>**JUDGMENT**<br>[24] |

Defendant FCA US, LLC accepted Plaintiff HOLLY MCCOY's Statutory Offer to Compromise Pursuant to Code of Civil Procedure § 998 on October 6, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $117,620.70 pursuant to the terms of CCP 98 Offer.

**IT IS SO ORDERED.**

DATED:  December 18, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE